# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Grimm and Jeff Seipel, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Cindy Ecklund, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors, | Civil No. 06-4696 (RHK/JSM) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| Pools Incorporated, | |
| Defendant. | |

---

Pursuant to the Stipulation of the parties, **IT IS ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE** and without an award of costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 25, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge